

**NUMBERS 13-08-00354-CR**
**13-08-00355-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LETICIA COATS,**                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                     **Appeelle.**

---

**On appeal from the 319th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Leticia Coats, by and through her attorney, has filed a motion to dismiss her appeals because she no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeals. Having

dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this 7th day of August, 2008.